**Order entered November 19, 2019**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00948-CV

### JOYCE ANN GRAY, ET AL., Appellants

### V.

### NATIONSTAR MORTGAGE D/B/A MR. COOPER, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-03758-B**

## ORDER

In response to this Court's November 5, 2019 order that the reporter's record be filed within ten days, court reporter Vikki Ogden filed a letter stating she is responsible for preparing the reporter's record in this case. Although appellants have requested preparation of the reporter's record, they have have not provided the dates of the proceedings they want transcribed. Accordingly, we **ORDER** appellants to provide Ms. Ogden, by **December 2, 2019**, with written verification of the dates of the hearings they want transcribed. Ms. Ogden shall file, by **December 20, 2019**, either the reporter's record or written verification that appellants have failed to provide the written verification of the dates of the proceedings to be transcribed. We caution appellants that if the Court receives written verification of their failure to provide the

dates, the Court may order the appeal be submitted without the reporter's record.  *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Ogden and all parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE